**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

KIMBERLY HANZLIK,

                      Plaintiff,                  17 **CIVIL** 6577 (AKH)

-against-                            **JUDGMENT**

JOSEPH JOSEPH, Superintendent, Bedford
Hills Correctional Facility,

                      Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 12, 2020, the petition is denied; as Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue; accordingly, this case is closed.

**DATED:** New York, New York
             February 12, 2020

                                                    **RUBY J. KRAJICK**
                                                         Clerk of Court
                                                   BY:
                                                          **Deputy Clerk**

THIS DOCUMENT
ON THE DOCKET